CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 2 2006

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

NORFOLK SOUTHERN RAILWAY       )
COMPANY,                       )
                               )          Civil Action No. 7:05CV368
        Plaintiff,             )
                               )
v.                             )
                               )          **ORDER**
BROTHERHOOD OF RAILROAD        )
SIGNALMEN,                     )
                               )          **By: James C. Turk**
        Defendant.             )          **Senior United States District Judge**

In accordance with the accompanying memorandum opinion entered this day, it is

**ADJUDGED** and **ORDERED** that defendant's motion to dismiss pursuant to Federal Rule Civil

Procedure 12(b)(1) and (6) will be **GRANTED**, unless plaintiff files an amended complaint within

ten (10) days from the entry of this order. It is further ordered that plaintiff's motion to compel

discovery be **DENIED**.

The Clerk is directed to send certified copies of the accompanying memorandum opinion

and this order to counsel for the parties of record.

**ENTER**: This 2 nd day of June, 2006.

SENIOR UNITED STATES DISTRICT JUDGE